Phone: 920.231.2150
Fax: 920.231.5713
E-Mail info@ch13oshkosh.com
Website: www.ch13oshkosh.com

**REBECCA R. GARCIA**
**Chapter 13 Trustee in Bankruptcy**
**EASTERN DISTRICT OF WISCONSIN**
**P O Box 3170**
**Oshkosh, WI 54903-3170**

September 30, 2015

Clerk, U.S. Bankruptcy Court
Eastern District of Wisconsin
514 East Wisconsin Avenue
Milwaukee, WI 53202

**Re: Unclaimed Funds**

Dear Unclaimed Court:

Enclosed please find our check # 512343 in the amount of $271.07 which is being sent to you as unclaimed funds. These funds are from:

| Case Number | Debtor 1 | Debtor 2 | Amount |
|---|---|---|---|
| 10-27399-SVK | ALTHA L CONLEY | | $271.07 |

Funds were originally sent to the creditor UNITED CREDIT RECOVERY LLC. Our payment was returned by the postal office without a forwarding address. We have made attempts to contact UNITED CREDIT RECOVERY LLC without success. Should you have any questions or need further information, please contact me at (920) 231-2150 ext 113. The last address we had for UNITED CREDIT RECOVERY LLC is P O BOX 953245 LAKE MARY, FL 32795

Sincerely,

*Kalina Xiong*

Kalina N Xiong
Chapter 13 Assistant

Enclosure: Check #512343

FILED-MAIL 2015 OCT -2 PM 3:58 US BANKRUPTCY COURT EASTERN DISTRICT OF WI